UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Anne Brewe** )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>**Central Credit Services, Inc.** )<br>　　Defendant, )<br> ) | Civil Action No. 1:13-cv-06396 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

　　Anne Brewe ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: November 14, 2013

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:

　　　　　　　　　　　　　　　　　　　　/s/ Sean M. Mines
　　　　　　　　　　　　　　　　　　　　Sean M. Mines
　　　　　　　　　　　　　　　　　　　　Mines Law Office, LLC.
　　　　　　　　　　　　　　　　　　　　1046 W. Kinzie St., Suite 300
　　　　　　　　　　　　　　　　　　　　Chicago, IL. 60642
　　　　　　　　　　　　　　　　　　　　Phone: (773) 525-6860
　　　　　　　　　　　　　　　　　　　　Email: sean@mineslawoffice.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## PROOF OF SERVICE

    I hereby certify that on November 14, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                      /s/ Sean M. Mines